
FILED
SEP 12 2017
Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACH BROWN,<br><br>Defendant. | 2:17-PO-5009-JCL<br>CVB Violation No:<br>FBCX0043<br><br><br>ORDER |

Plaintiff's counsel, Bryan Whittaker, Assistant U.S. Attorney, submitted a letter to the Court dated August 28, 2017, advising that Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $80.00, inclusive of fees and costs and Defendant has agreed to forfeit that amount.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $80.00, which has been paid in full.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at 601 South Tracy, Bozeman, MT 59715.

CVB is directed to enter **PF** as the disposition code.

DATED this 12th day of September, 2017.

/s/ Jeremiah C Lynch
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB